THOMAS W. PULLIAM, JR. (SBN #46322)
thomas.pulliam@dbr.com
MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
NATHAN D. CARDOZO (SBN #259097)
nathan.cardozo@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY, INC.,
JOHNSON & JOHNSON SERVICES, INC., and
JOHNSON & JOHNSON (erroneously sued as
JOHNSON & JOHNSON, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNE O'NEILL,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPUY ORTHOPAEDICS, INC.;<br>DEPUY, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; VAIL CONSULTING, LLC; THOMAS VAIL, M.D.; THOMAS SCHMALZRIED, M.D.,<br><br>            Defendants. | Case No. 4:10-CV-04949-DMR<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 –** ***IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION*** |

        Pursuant to Local Rule 7-1 of the United States District Court of the Northern District of California, and in support of this stipulation, Plaintiff Anne O'Neill and Defendants DePuy Orthopaedics, Inc., Johnson & Johnson Services, Inc., Johnson & Johnson, Vail Consulting, LLC, Thomas Vail, M.D., and Thomas Schmalzried, M.D., state as follows:

        1.      On November 18, 2010, pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation ("JPML") heard oral arguments regarding the assignment of MDL-2197,

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197
SF01/720366.1

CASE NO. 4:10-CV-04949-DMR

1   *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* for centralization
2   and coordination of related federal products liability actions, including this one.

3       2.    MDL-2197 will coordinate all federal products liability actions – like this one –
4   involving two hip implant systems DePuy Orthopaedics voluntarily recalled – the ASR™ XL
5   Acetabular System and the ASR™ Hip Resurfacing System.

6       3.    The parties anticipate that the JPML will issue a decision as to which District
7   Court and judge the MDL will be assigned within the next few weeks. The parties anticipate that
8   this case will thus be transferred to the MDL in due course.

9       4.    The requested stay will serve the interests of judicial economy and fairness to the
10  parties, and will avoid wasting this Court's resources in the interim while a decision is pending
11  from the JPML

12  WHEREFORE Plaintiff Anne O'Neill and Defendants DePuy Orthopaedics, Inc., Johnson
13  & Johnson Services, Inc., Johnson & Johnson, Vail Consulting, LLC, Thomas Vail, M.D., and
14  Thomas Schmalzried, M.D., hereby stipulate by the undersigned counsel to stay all proceedings
15  and to vacate all deadlines in this action pending the JPML's assignment of MDL-2197, *In re*
16  *DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, to a transferee United
17  States District Court and judge and the JPML's decision transferring this action to the MDL.

Dated: November 25, 2010                    DRINKER BIDDLE & REATH LLP

By: *Nathan D. Cardozo*
     Nathan D. Cardozo

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as JOHNSON & JOHNSON, INC.)

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197
SF01/ 720366.1
- 2 -
CASE NO. 4:10-CV-04949-DMR

| | |
|---|---|
| Dated: November 25, 2010 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | By: */s/ Wendy A. Tucker* <br> Wendy A. Tucker |
| | Attorneys for Defendant <br> THOMAS SCHMALZRIED, M.D. |
| Dated: November 29, 2010 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | By: */s/ Michael F. Healy* <br> Michael F. Healy |
| | Attorneys for Defendants <br> VAIL CONSULTING, LLC, and <br> THOMAS VAIL, M.D. |
| Dated: November 29, 2010 | LEIFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | By: */s/ Kent L. Klaudt* <br> Kent L. Klaudt |
| | Attorneys for Plaintiff <br> ANNE O'NEILL |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197
SF01/ 720366.1

- 3 -

CASE NO. 4:10-CV-04949-DMR