UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE O'NEILL,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; VAIL CONSULTING, LLC; THOMAS VAIL, M.D.; THOMAS SCHMALZRIED, M.D.,<br><br>    Defendants. | Case No. 3:10-CV-04949-WHA<br><br>~~[PROPOSED]~~ **ORDER GRANTING STAY OF PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 –** *IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION* |

    This matter having been opened to the Court upon the Stipulation to Stay Proceedings Pending Transfer to MDL No. 2197: *In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* of Plaintiff Anne O'Neill and Defendants DePuy Orthopaedics, Inc., Johnson & Johnson Services, Inc., Johnson & Johnson, Vail Consulting, LLC, Thomas Vail, M.D., and Thomas Schmalzried, M.D.; the parties having consented to said stipulation as demonstrated by counsels' signatures hereon; the Court finding that a stay is appropriate under the circumstances; and good cause thereby appearing,

    It is hereby **ORDERED** that the request for a stay is **GRANTED**. It is further **ORDERED** that all proceedings in the above-captioned proceedings are stayed pending the

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING STAY OF PROCEEDINGS
PENDING TRANSFER TO MDL NO. 2197
SF01/ 720368.2

CASE NO. 3:10-CV-04949-WHA

Judicial Panel on Multidistrict Litigation's assignment of MDL-2197, *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, to a transferee United States District Court and judge and the Judicial Panel on Multidistrict Litigation's decision transferring this action to the MDL.  All pending dates and deadlines are hereby **VACATED**. *

Dated:  December 13, 2010.

_____
HONORABLE WILLIAM H. ALSUP

---

* On February 1, 2011 or within ten days of the assignment of MDL-2197, whichever comes first, the parties shall submit a joint report providing an update on the status of this action and specifying whether there is anything left to be done.

ORDER GRANTING STAY OF PROCEEDINGS
PENDING TRANSFER TO MDL NO. 2197
SF01/ 720368.2

- 2 -

CASE NO. 3:10-CV-04949-WHA

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO